AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00071 |
| Eric Gavelek Munchel | ) Assigned to: Judge Zia M. Faruqui |
| ▉▉▉▉▉▉▉▉▉▉ | ) Assign Date: 1/15/2021 |
| and | ) Description: COMPLAINT W/ARREST WARRANT |
| Lisa Marie Eisenhart | ) |
| ▉▉▉▉▉▉▉▉▉▉ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 231(a)(3) | Civil Disorders |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Carlos Fontanez, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/15/2021

*Judge's signature*

City and state: Washington, D.C.   Zia M. Faruqui U.S. Magistrate Judge
*Printed name and title*