# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.. 21-mj-71 (GMH) |
| : | |
| **ERIC GAVELEK MUNCHEL,** : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Appeal of Release Order and Motion for Stay Pending Appeal (ECF No. 2) as to defendant Erik Gavelek Munchel,

It is this _____ day of January, 2021,

**ORDERED**, that the a stay is hereby **GRANTED** and the release order entered by the Middle District of Tennessee Magistrate Judge on January 22, 2021, as to defendant Erik Gavelek Munchel is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA