## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.. 21-mj-71 (GMH)** |
| | **:** | |
| **ERIC GAVELEK MUNCHEL,** | **:** | |
| **Defendant.** | **:** | |

### ORDER

Upon consideration of the Government's Appeal of Release Order and Motion for Stay

Pending Appeal (ECF No. 2) as to defendant Erik Gavelek Munchel,

It is this _____24th_____ day of January, 2021,

**ORDERED**, that the a stay is hereby **GRANTED** and the release order entered by the

Middle District of Tennessee Magistrate Judge on January 22, 2021, as to defendant Erik

Gavelek Munchel is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA