# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Case No.. 21-mj-71 (GMH) |
| | : |
| **ERIC GAVELEK MUNCHEL,** | : |
| **Defendant.** | : |

## TRANSPORT ORDER

Having considered the United States' Appeal of Release Order and Motion for Stay Pending Appeal (ECF No. 2) as to defendant Eric Gavelek Munchel, it is hereby

**ORDERED**, that the United States Marshals Service transport the defendant forthwith from the Middle District of Tennessee to the District of Columbia for further proceedings in this matter.

DATE: January 24, 2021

BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA