IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: |
| | : | |
| v. | : | |
| | : | 1:21-mj-71 (ZMF) |
| | : | |
| LISA EISENHART, | : | |
| ERIC MUNCHEL, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## GOVERNMENT'S TRANSPORT STATUS REPORT

The United States hereby submits the following status report concerning the transport of defendants Eric Munchel and Lisa Eisenhart from the Middle District of Tennessee to the District of Columbia to face criminal prosecution.

1. On January 10, 2021, Munchel was arrested in Tennessee under a complaint/warrant issued by Magistrate Judge G. Michael Harvey. The complaint charged the defendant with entering a restricted building without lawful authority, in violation of 18 U.S.C. § 1752(a) (a misdemeanor), and violent entry on Capitol grounds, in violation of 40 U.S.C. § 5104(e)(2) (a felony).

2. On January 11, 2021, Munchel made his initial appearance in the Middle District of Tennessee. The government moved for detention.

3. On January 16, 2021, the government applied for, and Magistrate Judge Zia M. Faruqui approved, a new criminal complaint based on subsequently obtained evidence that jointly charged Munchel and Eisenhart with the same offenses with which Munchel was originally charged, along with civil disorder (a felony), in violation of 18 U.S.C. § 231(a)(3), and conspiracy to commit that and the two offenses in the original complaint, in violation of 18 U.S.C. § 371.

4. Later that day, Eisenhart was arrested in Tennessee. The government moved for detention at her initial appearance.

5. On January 22, 2021, Magistrate Judge Jeffrey S. Frensley of the Middle District of Tennessee conducted a preliminary and detention hearing for Munchel.  Magistrate Judge Frensley found probable cause, denied the government's detention motion, and ordered Munchel released to home confinement.  At the government's request, Magistrate Judge Frensley stayed the release order until Monday, January 25 at 11:00 a.m. EST.

6. On January 25, 2021, Magistrate Judge Jeffrey S. Frensley conducted a preliminary and detention hearing for Eisenhart.  As with Munchel, Magistrate Judge Frensley found probable cause, denied the government's detention motion, and ordered Eisenhart released to home confinement.  At the government's request, Magistrate Judge Frensley stayed the release order until Monday, January 26 at 6:00 p.m. EST.

7. In both cases, the government appealed the detention rulings to this Court and requested for emergency stays until resolution of the appeals. The emergency stays were both immediately granted and the appeals remain pending. The Court further ordered the defendants to be transported to the District of Columbia "forthwith."

8. On February 4, 2021, defendants filed a joint motion to rescind the release order stays.

9. On February 5, 2021, this Court issued a Minute Order for the government to submit by February 9, 2021, a status report to address "defendants' representations that they both remain detained in the Middle District of Tennessee and have not been transported to Washington, D.C.," as well as "their anticipated arrival date."

10. As of February 9, 2021, neither defendant has been transported to the District of Columbia.

11. Based on representations by the United States Marshals Service, the government submits that both defendants still remain in the Middle District of Tennessee. While both transport orders were immediately submitted upon issuance, transport delays have arisen due to precautions stemming from the current COVID-19 pandemic.  The Marshals Service is, nevertheless, expecting that both defendants will be transported directly to the District of Columbia by the end of this week.

Respectfully Submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By: _____

AHMED M. BASET
Assistant United States Attorney
IL Bar #630-4552
555 Fourth Street, NW
Washington, DC 20530
ahmed.baset@usdoj.gov
202-252-7097